IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY QUICK )
)
      Plaintiff )
)
vs. )
) CASE NO. 2:03CV2205
DOLLAR GENERAL CORPORATION and )
S.C. JOHNSON & SONS, INC. )
)
      Defendants )

## AGREED ORDER OF DISMISSAL

Now on this 27th day of December, 2005, comes on the above matter by agreement of the parties and pursuant to Rule 41 Fed. R. Civ. Proc., and the Court does find:

1. The Complaint of the Plaintiff, Billy Quick, against the separate Defendant, Dollar General Corporation, is hereby dismissed with prejudice.

2. The Complaint of the Plaintiff, Billy Quick, against the separate Defendant, S.C. Johnson & Sons, Inc., is hereby dismissed without prejudice.

3. Each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 27 2005

CHRIS R. JOHNSON, CLERK

BY _____
      DEPUTY CLERK

Robert T. Dawson,
United States District Judge

14054.0000 Order

_[signature]_
David Kemp,
Attorney for Plaintiff


_[signature]_
James M. Dunn,
One of the attorneys for S.C. Johnson & Sons, Inc.

14054.0000 Order